**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



*Jeffery P. Hopkins*
United States Bankruptcy Judge

**Dated: October 25, 2022**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | : | |
| | : | |
| **MELISA A. JENKINS** | : | Case No. 22-10063 |
| | : | Chapter 13 |
| | : | Judge Hopkins |
| Debtor | : | |
| **MELISA A. JENKINS** | : | Adversary Case No. 22-1080 |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Order Governing Pretrial and Trial Proceedings, Fixing Dates for Filing LBR Form 7016-1 and Motions Pursuant to 28 U.S.C. § 157 and 28 U.S.C. § 1334, and Ordering Other Matters |
| **IDEALOGIZ GROUP LLC** | : | |
| | : | |
| **RAJIB GARU** | : | |
| | : | |
| Defendants | | |

    In accordance with the provisions of LBR 7016, the court determines further proceedings in this adversary shall be in accordance with the **Order Governing Pretrial And Trial Procedures In Adversary Proceedings And Ordering Preliminary Pretrial Statement (LBR Form 7016-1-Order), which is incorporated herein by reference**. The parties shall, not later than twenty (20) days from the date of this order, hold a Fed. R. Civ. P. 26(f) conference. Each party shall, **not later than November 29, 2022**, file a

Case No. 22-10063
Adv. Case No. 22-1080

Preliminary Pretrial Statement (LBR Form 7016-1-PPS). *Copies of the Preliminary Pretrial Statement (LBR Form 7016-1-PPS) are available on the Court's website at www.ohsb.uscourts.gov.*

Further, in order to be considered timely filed, all motions for determinations pursuant to 28 U. S. C. § 157 and 28 U. S. C. § 1334, or a motion for additional time in which to file such motions, shall be filed **not later than November 29, 2022**.

A failure to respond to pleadings previously filed in this proceeding, or pleadings filed pursuant to this order, constitute a basis to grant the relief or determination requested.

Failure to comply with the terms of this order may result in the imposition of sanctions (LBR 9011-3).

Copies to:

Eric W. Goering, Esq.
Attorney for Plaintiff
eric@goering-law.com

John C. Scott, Esq.
Attorney for Defendants
jscott@faulkner-tepe.com