This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: December 7, 2022**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re | : | |
| **MELISA A. JENKINS** | : | Case No. 22-10063 |
| | : | Chapter 13 |
| | : | Judge Hopkins |
| Debtor | : | |
| | : | Adversary Case No. 22-1080 |
| **MELISA A. JENKINS** | : | |
| Plaintiff | : | |
| vs. | : | |
| **IDEALOGIZ GROUP LLC** | : | |
| **RAJIB GARU** | : | |
| Defendant(s) | : | |

**ORDER PROPOSING DISMISSAL
OF ADVERSARY PROCEEDING**

Case No. 22-10063
Adv. Case No. 22-1080

Upon review of the pleadings and other matters in the above-captioned adversary proceeding, it appears that prosecution of this adversary proceeding may have been abandoned by the parties.

Any party may show cause why this adversary proceeding should not be dismissed by filing a written memorandum setting forth why this adversary should continue. Unless such memorandum is filed prior to twenty-one (21) days from the date of the service of this order, this adversary proceeding will be dismissed.

Copies to:

Eric W. Goering, Esq.
Attorney for Plaintiff
eric@goering-law.com

John C. Scott, Esq.
Attorney for Defendant
jscott@faulkner-tepe.com