**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| **IN RE:** | **Case No. 1:22-BK-10063** |
| **MELISA A. JENKINS** | **Chapter 13** |
| **Debtor** | |

| | |
|---|---|
| **MELISA A. JENKINS**<br>**4457 Mellwood Ave**<br>**Cincinnati, Ohio 45232** | **Adv. Pro. No. 22-ap-01080**<br><br>**Judge Beth A. Buchanan** |
| **Plaintiff,** | |
| **v.** | |
| **IDEALOGIZ GROUP LLC**<br>**4140 Home Street**<br>**Cincinnati, Ohio 45236** | |
| **And** | |

| |   |
|---|---|
|**RAJIB GARU**<br>**4140 Home Street**<br>**Cincinnati, Ohio 45236**<br><br>**Defendants.**| |

**STIPULATION OF FACTS REGARDING MOTION TO REOPEN ADVERSARY**
**(DOC. 12)**
_____

Comes now Debtor, through counsel and Idealogiz Group LLC and Rajib Garu, through counsel, and agree that the facts as presented are undisputed and the matter is submitted on the filings.

 **SO ORDERED**


*/s/ Tony Maiorano*
Tony Maiorano (100339)
14 E. Main Street
Fairborn, Ohio  45324
(513) 653-0123
tony@cmwlawfirm.com
Attorney for Idealogize & Rajib Garu

*/s/ Eric W Goering*
Eric W Goering (0061146)
220 West Third Street, Third Floor
Cincinnati, OH 45202
(513) 621-0912
eric@goering-law.com
Attorney for the Debtor